IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

RAYMOND PACK, deceased, by and through next-of-kin, Michael Pack

PLAINTIFF,

v.

NATIONAL PARKS RESORT LODGE, LLC, and SPIRIT OF THE SMOKIES CONDO LODGE, LLC,

DEFENDANTS.

DOCKET NO: 3:26-cv-00046-TAV-DCP
JURY DEMANDED

**FIRST AMENDED COMPLAINT FOR DAMAGES**

Come now the Plaintiff for Plaintiff's cause of action against Defendants, and would respectfully show unto this Honorable Court as follows:

**PARTIES, JURISDICTION and VENUE**

1. At all times relevant to this Complaint, the Plaintiff Raymond Pack, deceased, was a citizen and resident of Georgia.
2. Upon information and belief, Defendant National Parks Resort Lodge, LLC is a domestic corporation, with a principal office at 2385 Parkway, Pigeon Forge, Tennessee 37863. Defendant National Parks Resort Lodge, LLC may be served through its registered agent, Jess Davis, 2385 Parkway, Pigeon Forge, Tennessee 37863.
3. Upon information and belief, Defendant Spirit of the Smokies Condo Lodge, LLC is a domestic corporation, with a principal office at 2385 Parkway, Pigeon Forge, Tennessee 37863. Defendant Spirit of the Smokies Condo Lodge, LLC may be served through its registered agent, Jess Davis, 2385 Parkway, Pigeon Forge, Tennessee

37863.

4. That Defendant National Parks Resort Lodge, LLC and Defendant Spirit of the Smokies Condo Lodge, LLC shall be collectively referred to as "Defendants."
5. The incident from which these injuries to the Plaintiff arise occurred in Sevier County, Tennessee.
6. Venue and jurisdiction are proper in this Court as there is complete diversity amongst the parties and the amount in controversy exceeds $75,000.00.
7. Defendants own, operate, and manage a lodge located at 2385 Parkway, Pigeon Forge, Tennessee 37863 (hereinafter "subject premises").
8. On or about February 2, 2025, the Plaintiff was a guest in Defendant's lodge located on subject premises.
9. That Plaintiff was in a room of Defendants' lodge.
10. The floor of said room was negligently maintained in a manner that caused the floor to be very slippery.
11. Said floor of the room being negligently maintained so as to cause the floor to be very slippery constitutes a dangerous condition.
12. That Plaintiff fell due to said dangerous condition.
13. That Plaintiff fell due to the dangerous condition caused by Defendants' negligent maintenance of the floor in said room.
14. That Plaintiff fell due to an unreasonably dangerous and/or defective condition, causing him to sustain serious injuries which ultimately led to Plaintiff 's death.
15. That Plaintiff's fall was proximately caused by the negligence of the Defendants and/or their agents who maintained the subject premises in a dangerous condition, and failed to take appropriate safety precautions, thereby causing serious hazards to

the Plaintiff and other guests.

16. That Plaintiff's fall was proximately caused by the negligence of the Defendants and/or their agents in failing to maintain the area in question and to discover the dangerous condition.

17. The Defendants knew or should have known of the dangerous condition in existence upon the subject premises at the time of the accident.

18. The Defendants were negligent in failing to warn the Plaintiff of the hazard that existed on the subject premises.

19. The Defendants were negligent of the common law in maintaining an unsafe condition herein referred to, which negligence ultimately caused Plaintiff 's injuries and damages that resulted in Plaintiff 's death.

20. Through the above-listed acts and omissions, Defendants failed to use the ordinary care that ordinarily careful business owners and/or persons would use to avoid injury to others under the same or similar circumstances.

21. During all relevant times herein, all acts of Defendants' officers, agents, employees, and/or servants are imputed to Defendants via the doctrine of *respondeat superior*.

22. As a direct and proximate result of the negligence of Defendants, and their officers, agents, employees, and/or servants, the Plaintiff suffered serious, disabling, painful and permanent bodily injuries, causing the Plaintiff to become liable for medical and other expenses, which ultimately led to Plaintiff's death.

23. As a direct and proximate result of the negligence of Defendants and their employees, the Plaintiff alleges that Plaintiff is entitled to damages, including but not limited to the following specific items of damages:

    a. Physical pain, both past and future;

b. Emotional suffering and grief, both past and future;

c. Health care expenses; both past and future;

d. Loss of enjoyment of life;

e. Costs of this cause; and

f. All other general damages and other relief allowed under the laws of the state of Tennessee to which Plaintiff is entitled for the personal injury and wrongful death of Plaintiff.

**WHEREFORE, PLAINTIFF PRAYS:**

1. For a judgment against Defendants, holding them liable for compensatory damages in an amount to be determined by the jury in this cause sufficient to adequately compensate the Plaintiff for the above-mentioned injuries and losses, in excess of $25,000.00.
2. For cost of this matter to be taxed to the Defendants.
3. That service of process issue and be served upon Defendants requiring Defendants to appear and answer within the time required by law.
4. For a jury trial to try this matter.
5. For such other, further, and general relief to which Plaintiff is entitled under the law.

Respectfully submitted,


James T. Sullivan, BPR#036332
2000 Meridian Blvd., Ste. 225
Franklin, TN 37067
jsullivan@asilpc.com
615-514-6712

## Certificate of Service

I, undersigned counsel, hereby certify that the foregoing document has been sent to the following via certified mail:

W. W. FRANK WILBERT (#23090)
CORINE A. STARK (#42331)
1320 Adams Street, Suite 1400
Nashville, Tennessee 37208
Phone: 615-651-6700
Fax: 615-651-6701
Frank.Wilbert@butlersnow.com
Corine.Stark@butlersnow.com
*Attorneys for National Parks Resort Lodge, LLC*
*and Spirit of the Smokies Condo Lodge, LLC*

*/s/ James T. Sullivan*

Attorney for Plaintiff